UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GREGORY L. BECK, ) | CASE NO. 4:13 CV 2272 |
| ) | |
| Petitioner, ) | JUDGE DONALD C. NUGENT |
| ) | |
| v. ) | |
| ) | MEMORANDUM OF OPINION |
| U.S. DISTRICT COURT FOR THE ) | AND ORDER |
| NORTHERN DISTRICT OF OHIO, ) | |
| ) | |
| Respondent. ) | |

On October 11, 2013, petitioner *pro se* Gregory L. Beck filed the above-captioned habeas corpus action under 28 U.S.C. § 2241. Petitioner, who is incarcerated at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, asserts the Bureau of Prisons has miscalculated the length of his sentence because his state and federal sentences should have run concurrently, or alternatively because his federal sentence should be deemed to have commenced from his arrest date connected with the federal offense. For the reasons stated below, the petition is denied and this action is dismissed.

While petitions may be brought pursuant to 28 U.S.C. § 2241 to challenge the execution of a sentence, habeas corpus power of federal courts has been limited by section 2241 to those district courts within whose territorial jurisdiction the custodian is located. *Wright v. United States Board of Parole*, 557 F.2d 74, 77 (6th Cir. 1977)(citing *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973)). Petitioner is thus required to bring this action in the United States District Court for the Western District of Missouri.

Accordingly, the petition is denied and this action is dismissed without prejudice pursuant to 28 U.S.C. § 2243. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

      IT IS SO ORDERED.

    /s/Donald C. Nugent 10/31/13
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE